*Proposed and Submitted by:*
Douglas P. Farr (13208)
Jack L. Darrington (18349)
**BUCHALTER, P.C.**
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
dfarr@buchalter.com
jdarrington@buchalter.com

*Attorneys for Plaintiff Savory Swig Stores, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **SAVORY SWIG STORES, LLC**, a Utah limited liability company,<br><br>*Plaintiff/Counterdefendant*,<br><br>vs.<br><br>**BLK BRANDS, LLC**, a New York limited liability company; **DOES 1-10**, inclusive,<br><br>*Defendants/Counterclaimants*. | **ORDER AWARDING DAMAGES**<br><br>Case No. 2:22-cv-00491<br><br>Judge Ted Stewart<br><br>Judge Daphne A. Oberg |

The Court hereby ORDERS and DECREES as follows:

Pursuant to the Default Judgment against Defendant/Counterclaimant BLK Brands, LLC, and after reviewing Plaintiff's submission of the available evidence for an award of damages and attorneys' fees (the "Submission"), the Court hereby AWARDS Plaintiff/Counterdefendant damages as follows:

Defendant / Counterclaimant BLK Brands, LLC is ORDERED to pay Savory Swig Stores, LLC $75,000 in damages, pursuant to the Lanham Act, U.S.C. §§ 1114; 1116; 1117(a); 1117(c); and 1125 et seq., and Utah Code §§ 70-30-402 & 403, for the reasons detailed in the Submission.

BLK Brands, LLC is ORDERED to pay Savory Swig Stores, LLC, $37,330.91 in attorneys' fees and costs, to be supplemented with costs incurred in December of 2023, January of 2024, and costs incurred in collecting on the Judgment, for the reasons detailed in the Submission.

DATED this 22nd day of January, 2024.

BY THE COURT

_____
Ted Stewart
United States District Judge